GEORGE H. DOUGLASS et al., Respondents, *v.* GILMAN DUDLEY, Appellant.

(Argued January 8, 1872 ; decided May term, 1872.)

ACTION upon a promissory note. The note was placed by defendant in the hands of a broker to be discounted for and on account of defendant. The broker had also in his hands fifty shares of Pacific Mail Steamship Company stock belonging to plaintiffs. Without the knowledge or assent of the parties, the broker pledged the note and stock for a loan for his individual benefit. He subsequently failed. Plaintiffs, without knowledge that defendant's note had been diverted, or that it was other than business paper given for value, paid the amount of the loan and received the stock and note. The referee, before whom the cause was tried, decided that plaintiffs were entitled to contribution in the proportion the amount of the note bore to the value of the stock, and gave judgment accordingly.

*Wm. F. Shepard* for the appellant.

*John S. Jenness* for the respondents.

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed.